Palmer & Palmer, for Defendant in Error.

————

C. E. Melton and J. H. Allison, late co-partner, formerly doing business as Melton Lumber Company, Plaintiffs in Error, v. Atlantic Coast Line Railroad Company, a Corporation, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Alachua County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court. .

C. Mathison and Hilburn & Merryday, for Plaintiffs in Error;

C. R. Layton and R. A. Burford, for Defendant in Error.